PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: John Taylor                                  Cr.: 13-00204-001
                                                               PACTS #: 64360

Name of Sentencing Judicial Officer:  THE HONORABLE STANLEY R. CHESLER
                                      SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/12/2014

Original Offense: Distribution of Heroin

Original Sentence: 24 months imprisonment (amended on 6/18/15 to 19 months), 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member, No New Debt/Credit

Type of Supervision: Supervised Release            Date Supervision Commenced: 10/30/2015

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    On March 2, 2016, this officer instructed the offender to report to the probation office. Taylor was ordered to submit a urine specimen for testing and it yielded positive results for marijuana use. The offender admitted smoking marijuana on February 19, 2016.

Prob 12A – page 2
John Taylor

U.S. Probation Officer Action:
The undersigned verbally reprimanded Taylor for his drug use. We will increase urine monitoring and will instruct the offender to attend Narcotics Anonymous meetings until deemed appropriate by the probation office. At this time, we ask the Court to take no action on the above charges. We will monitor the offender's activities and associations within the community, and will notify the Court of any other instances of non-compliance.

Respectfully submitted,

By: Luis R. Gonzalez
Senior U.S. Probation Officer
Date: 03/02/2016

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other:

Signature of Judicial Officer

3/7/16
Date

## UNITED STATES DISTRICT COURT
### PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

200 FEDERAL PLAZA
ROOM 130
PATERSON, NJ
(973) 357-4080
FAX: (973) 357-4092

March 3, 2016

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

The Honorable Stanley R. Chesler
Senior U.S. District Court Judge
U.S. Post Office & Courthouse
P.O. Box 0999
Newark, New Jersey 07102

        **RE: John Taylor**
        **Dkt. No. 13-CR-0204-01**
        **Notice of Non-Compliance**

Dear Senior Judge Chesler:

On June 18, 2015, John Taylor was sentenced by Your Honor on a count of Distribution of Heroin to twenty-four (24) months imprisonment followed by a supervised release term of three (3) years. On June 18, 2015, the offender's sentence was amended from 24 months imprisonment to 19 months. On October 30, 2015, Taylor was released from the Bureau of Prisons to begin his term of supervised release.

On March 2, 2016, during an office visit, the offender provided a urine specimen which yielded positive results for the use of marijuana. The offender admitted smoking marijuana on February 19, 2016.

We have completed the attached Probation Form 12 A (Report on Offender under Supervision) detailing the offender's noncompliance. We are respectfully recommending that the Court take no action in this matter at the time. We will continue to monitor the offender by way of random urinalysis testing and will make the appropriate recommendation to the Court if adverse action should be initiated. Hopefully, the offender will respond positively and refrain from further non-compliance.

If Your Honor requests an alternative course of action, or wishes to discuss this matter further, please contact the undersigned at (973) 223-0593.

        Respectfully submitted,

        WILFREDO TORRES, Chief
        U.S. Probation Officer

        By: Luis R. Gonzalez
        Senior U.S. Probation Officer

/lrg